Case 2:10-cr-20009-PKH Document 52 Filed 02/27/13 Page 1 of 1 PageID #: 157

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br><br>Stephen Woodard<br><br>Date of Original Judgment:    October 7, 2010<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)   Case No:   2:10-CR-20009-001<br>)<br>)   USM No:   09868-010<br>)<br>)   Shannon Lea Blatt<br>)   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    120    months **is reduced to**    92   .

*(Complete Parts I and II of Page 2 when motion is granted)*

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**FEB 27 2013**

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated    10/07/2010    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    02/26/2013

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Robert T. Dawson, United States District Judge
*Printed name and title*